**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Vanessa Rose GONZALES, Defendant–Appellant.**

**No. 09–50396.**

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Dec. 14, 2010.*

Filed Dec. 29, 2010.

Terri Kay Flynn, Office of the U.S. Attorney, Santa Ana, CA, Michael J. Raphael, Esquire, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Stephen P. White, Esquire, Law Office of Stephen P. White, San Diego, CA, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and THOMAS, Circuit Judges.

MEMORANDUM **

Vanessa Rose Gonzales appeals the sentence imposed following her guilty plea to conspiracy to distribute methamphetamine in violation of 21 U.S.C. § 846. Gonzales contends that the district court erred in finding that she was ineligible for safety valve consideration.

As part of her plea agreement, Gonzales waived her right to appeal the sentence imposed by the court, and she has failed to show that the waiver is invalid. *See United States v. Bibler,* 495 F.3d 621, 624 (9th Cir.2007) ("insofar as the district court sentenced appellant to a term of years beneath the maximum allowed by statute, the sentence is not "illegal" and cannot excuse the waiver of appeal"). We there-fore enforce the waiver and dismiss the appeal.

**DISMISSED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

